```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. BERTONE,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPT., SAN FRANCISCO GENERAL HOSPITAL, SAN FRANCISCO SHERIFF'S DEPT. and DOES 1-100,<br><br>                Defendants. | Case No. CV-08-1003 MEJ<br><br>**PROOF OF SERVICE**<br><br>Date of Removal:   February 19, 2008<br>Date Action Filed:  August 27, 2007<br><br>Trial Date:              Not Set |

**PROOF OF SERVICE**

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On February 22, 2008, I served the following document(s):

**NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER-MAGISTRATE MARIA-ELENA JAMES; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER; NOTICE OF TRIAL ASSIGNMENT; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE U.S.D.C. NORTHERN DISTRICT**

**ECF REGISTRATION INFORMATION**

**U.S.D.C. WELCOME NOTICE**

on the following persons at the locations specified:

Donald G. Bertone
336 Lathrop Avenue
San Francisco, CA  94134

*Plaintiff in Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed February 22, 2008, at San Francisco, California.

/s/
FOLASHADE ADESANWO

Proof of Service;
Case No.: CV-08-1003 MEJ

2

n:\lit\li2008\080844\00468012.doc