DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3800
Facsimile: (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

DONALD G, BERTONE
336 Lathrop Avenue
San Francisco, Ca 94134
Telephone: (415) 418-0100
Facsimile: (415) 525-4671

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. BERTONE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPT., SAN FRANCISCO GENERAL HOSPITAL, SAN FRANCISCO SHERIFF'S DEPT. and DOES 1-100,<br><br>Defendants. | Case No. C 08-01003 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDING** |

WHEREBY Plaintiff Donald G. Bertone ("plaintiff") has recently informed defendant City and County of San Francisco (the "City")[1] that there are pending state court criminal proceedings

[1] Named defendants San Francisco Police Department, San Francisco Sheriff's Department and San Francisco General Hospital are City departments with no independent legal existence.

against him involving factual and legal issues that overlap with issues in this action, namely Cal. Superior Court, County of San Francisco, Crim. Division, Case Nos. 2250817, 2250822, 2262543, 2262555 and 2280278; and

WHEREAS plaintiff does not wish to waive his rights under the Fifth Amendment of the United States Constitution (and/or similar rights under the California Constitution) through discovery and/or other proceedings in this action; and

WHEREAS the City believes that, in any event, a stay of this action, pending final resolution of the ongoing state court actions, may be appropriate pursuant to *Younger v. Harris*, 401 U.S. 37, 43-54 (1971);

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that this action should be stayed pending final resolution of the state court criminal proceedings against plaintiff.

Dated: May 2, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ANDREW M. GSCHWIND
Deputy City Attorney

By: ______________________
ANDREW M. GSCHWIND
Attorneys for Defendant
City And County of San Francisco

Dated: April __, 2008

By: ______________________
DONALD G. BERTONE
Plaintiff in Pro Per

against him involving factual and legal issues that overlap with issues in this action, namely Cal. Superior Court, County of San Francisco, Crim. Division, Case Nos. 2250817, 2250822, 2262543, 2262555 and 2280278; and

WHEREAS plaintiff does not wish to waive his rights under the Fifth Amendment of the United States Constitution (and/or similar rights under the California Constitution) through discovery and/or other proceedings in this action: and

WHEREAS the City believes that, in any event, a stay of this action, pending final resolution of the ongoing state court actions, may be appropriate pursuant to *Younger v. Harris*, 401 U.S. 37, 43-54 (1971);

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that this action should be stayed pending final resolution of the state court criminal proceedings against plaintiff.

Dated: May 2, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ANDREW M. GSCHWIND
Deputy City Attorney

By: [signature]
ANDREW M. GSCHWIND
Attorneys for Defendant
City And County of San Francisco

Dated: April 7, 2008

By: [signature]
DONALD G. BERTONE
Plaintiff in Pro Per

IT IS SO ORDERED.

THIS ACTION (INCLUDING ALL PROCEEDINGS IN THIS ACTION) IS HEREBY STAYED pending final resolution of Cal. Superior Court Case Nos. 2250817, 2250822, 2262543, 2262555 and 2280278.

_______________________________
The Hon. Maria Elena James
United States Magistrate Judge

**PROOF OF SERVICE**

I, Folashade Adesanwo, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 8, 2008, I served the attached:

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDING

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G, Bertone
336 Lathrop Avenue
San Francisco, Ca 94134
Telephone: (415) 418-0100
Facsimile: (415) 525-4671

Plaintiff (In Pro Per)

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☒ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 8, 2008, at San Francisco, California.

Folashade Adesanwo