1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 DONALD G. BERTONE,              Case No. C 08-01003 MEJ

12          Plaintiff,             **DECLARATION OF ANDREW M.
                                   GSCHWIND IN SUPPORT OF
13     vs.                         STIPULATION AND PROPOSED
                                   ORDER STAYING PROCEEDING**
14 CITY & COUNTY OF SAN
   FRANCISCO, SAN FRANCISCO
15 POLICE DEPT., SAN FRANCISCO
   GENERAL HOSPITAL, SAN
16 FRANCISCO SHERIFF'S DEPT. and
   DOES 1-100,
17
            Defendants.
18

19

20

21     I, Andrew M. Gschwind, declare:

22     1.     I am an attorney licensed to practice in the state of California. I am a Deputy City

23 Attorney at the San Francisco City Attorney's Office, counsel for defendants. I have personal

24 knowledge of the facts set forth in this declaration except for those matters based on information and

25 belief. As to those matters, I believe them to be true. I am competent to testify to the facts set forth

26 in this declaration.

27     2.     Accompanying this declaration is a Stipulation and [Proposed] Order that would stay

28 this action if entered by the Court. The grounds for proposed order are stated clearly in the

1    stipulation.  Because plaintiff and the City have agreed to stay this action and believe it should be

2    stayed, the parties have not discussed a proposed joint case management conference statement (and/or

3    the topics to be addressed in such a statement) and do not plan to file a proposed joint case

4    management conference statement.  If the Court enters the proposed order, the parties respectfully

5    request that the Court take the May 29, 2008 initial case management conference off calendar.

6           3.       I will be out of the country in a remote area for one month starting on May 8, 2008.  If,

7    for some reason, the Court does not enter the proposed order and/or wishes to still hold a case

8    management conference, I respectfully request that the Court continue the conference and also

9    continue the parties' time to file a proposed case management conference statement until after June

10   11, 2008.

11

12          Declared under penalty of perjury under the laws of the United States of America.  Executed

13   on May 7, 2008 in San Francisco, California.

14

15

16

17                                                              Andrew M. Gschwind

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Folashade Adesanwo, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 7, 2008, I served the attached:

DECLARATION OF ANDREW M. GSCHWIND IN SUPPORT OF STIPULATION AND PROPOSED ORDER STAYING PROCEEDING

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G, Bertone
336 Lathrop Avenue
San Francisco, Ca  94134
Telephone: (415) 418-0100
Facsimile:     (415) 525-4671

Plaintiff (In Pro Per)

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☒ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 7, 2008, at San Francisco, California.

Folashade Adesanwo

GSCHWIND DECL. RE: STIP. [PROPOSED ORDER]          3          n:\lit\li2008\080844\00483335.doc
Case No.: 08-CV-01003 MEJ