1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11  DONALD G. BERTONE,                    Case No. 08-CV-01003-MEJ

12                  Plaintiff,
                                          **NOTICE OF ENTRY OF**
13          vs.                           **STIPULATION AND ORDER**
                                          **STAYING PROCEEDING**
14  CITY & COUNTY OF SAN
    FRANCISCO, SAN FRANCISCO
15  POLICE DEPT., SAN FRANCISCO           Date Action Filed:    Aug. 21, 2007
    GENERAL HOSPITAL, SAN                 Trial Date:   Not Set
16  FRANCISCO SHERIFF'S DEPT. and
    DOES 1-100,
17
                    Defendants.
18
19          NOTICE IS HEREBY GIVEN that on Wednesday, May 21, 2008, the Honorable Maria-

20  Elena James of the United States District Court, Northern District of California, executed the

    Stipulation and Order Staying Proceeding, a copy of which is attached hereto.
21
22  Dated:  June 13, 2008             DENNIS J. HERRERA, City Attorney
                                      JOANNE HOEPER, Chief Trial Deputy
23                                    ANDREW M. GSCHWIND
                                      Deputy City Attorney
24

25                              By:_____//s//_____
                                      ANDREW M. GSCHWIND
26                                    Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, DOROTHY SILVER, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 13, 2008I served the attached:

**NOTICE OF ENTRY OF STIPULATION AND ORDER STAYING PROCEEDING**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G. Bertone
336 Lathrop Avenue
San Francisco, CA  94134

*Plaintiff in Pro Per*

and served the named document in the manner indicated below:

☒ **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**:  I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**:  I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**:  I caused a copy(ies) of such document(s) to be transmitted via facsimile machine.  The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 13, 2008, at San Francisco, California.

//s//
_____
DOROTHY SILVER

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   ANDREW GSCHWIND, State Bar #231700
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3800
6   Facsimile:     (415) 554-3837

7   Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
8

9   DONALD G, BERTONE
    336 Lathrop Avenue
10  San Francisco, Ca  94134
    Telephone: (415) 418-0100
11  Facsimile:     (415) 525-4671

12  PLAINTIFF IN PRO PER

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16  DONALD G. BERTONE,                    Case No. C 08-01003 MEJ

17              Plaintiff,                **STIPULATION AND [PROPOSED]**
                                          **ORDER STAYING PROCEEDING**
18          vs.

19  CITY & COUNTY OF SAN
    FRANCISCO, SAN FRANCISCO
20  POLICE DEPT., SAN FRANCISCO
    GENERAL HOSPITAL, SAN
21  FRANCISCO SHERIFF'S DEPT. and
    DOES 1-100,
22
                Defendants.
23

24

25          WHEREBY Plaintiff Donald G. Bertone ("plaintiff") has recently informed defendant City

26  and County of San Francisco (the "City")[1] that there are pending state court criminal proceedings

27  ────────────────────────
        [1] Named defendants San Francisco Police Department, San Francisco Sheriff's Department
28  and San Francisco General Hospital are City departments with no independent legal existence.

1    against him involving factual and legal issues that overlap with issues in this action, namely Cal.

2    Superior Court, County of San Francisco, Crim. Division, Case Nos. 2250817, 2250822, 2262543,

3    2262555 and 2280278; and

4        WHEREAS plaintiff does not wish to waive his rights under the Fifth Amendment of the

5    United States Constitution (and/or similar rights under the California Constitution) through

6    discovery and/or other proceedings in this action; and

7        WHEREAS the City believes that, in any event, a stay of this action, pending final resolution

8    of the ongoing state court actions, may be appropriate pursuant to *Younger v. Harris*, 401 U.S. 37,

9    43-54 (1971);

10       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that

11   this action should be stayed pending final resolution of the state court criminal proceedings against

12   plaintiff.

13

14   Dated: May 2, 2008

15

16                               DENNIS J. HERRERA
                            City Attorney

17                               JOANNE HOEPER
                            Chief Trial Deputy

18                               ANDREW M. GSCHWIND
                            Deputy City Attorney

19

20                             By:

21                               ANDREW M. GSCHWIND
                            Attorneys for Defendant

22                               City And County of San Francisco

23   Dated: April __, 2008

24

25

26                           By:

27                               DONALD G. BERTONE
                            Plaintiff in Pro Per

28

1 | against him involving factual and legal issues that overlap with issues in this action, namely Cal.

2 | Superior Court, County of San Francisco, Crim. Division, Case Nos. 2250817, 2250822, 2262543,

3 | 2262555 and 2280278; and

4 |   WHEREAS plaintiff does not wish to waive his rights under the Fifth Amendment of the

5 | United States Constitution (and/or similar rights under the California Constitution) through

6 | discovery and/or other proceedings in this action; and

7 |   WHEREAS the City believes that, in any event, a stay of this action, pending final resolution

8 | of the ongoing state court actions, may be appropriate pursuant to *Younger v. Harris*, 401 U.S. 37,

9 | 43-54 (1971);

10 |   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that

11 | this action should be stayed pending final resolution of the state court criminal proceedings against

12 | plaintiff.

13 |

14 | Dated: May 2, 2008

15 |

16 |         DENNIS J. HERRERA

        City Attorney

17 |         JOANNE HOEPER

        Chief Trial Deputy

18 |         ANDREW M. GSCHWIND

        Deputy City Attorney

19 |

20 |   By:

21 |      ANDREW M. GSCHWIND

22 |      Attorneys for Defendant

     City And County of San Francisco

23 | Dated: April 7, 2008

24 |

25 |

26 |   By:

27 |      DONALD G. BERTONE

     Plaintiff in Pro Per

28 |

1    IT IS SO ORDERED.

2    THIS ACTION (INCLUDING ALL PROCEEDINGS IN THIS ACTION) IS HEREBY

3  STAYED pending final resolution of Cal. Superior Court Case Nos. 2250817, 2250822, 2262543,

4  2262555 and 2280278.

5

6    May 21, 2008

7                                            The Hon. M

8                                            United State

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



## PROOF OF SERVICE

I, Folashade Adesanwo, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 8, 2008, I served the attached:

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDING

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G. Bertone
336 Lathrop Avenue
San Francisco, Ca 94134
Telephone: (415) 418-0100
Facsimile:    (415) 525-4671

Plaintiff (In Pro Per)

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☒ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was Fax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 8, 2008, at San Francisco, California.

Folashade Adesanwo