UNITED STATES DISTRICT COURT

Northern District of California

DONALD G BERTONE

        Plaintiff(s),        No. C 08-01003 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO    **ADMINISTRATIVE CLOSURE**

        Defendant(s).
_____/

On May 21, 2008, the Court granted the parties' stipulation to stay this case pending state court criminal proceedings. (Dkt. #6.) As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: January 20, 2010

                                                                Maria-Elena James
                                                                 Chief United States Magistrate Judge