1 | Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
2 | 582 Market Street, Suite 1400
San Francisco, California 94104
3 |
Telephone Number: 1-415-678-2700
4 | Facsimile Number: 1-415-578-2704

5 | Attorney for Plaintiff Donald G. Bertone

6

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | DONALD G. BERTONE,                    ) CASE NUMBER: C 08-01003 MEJ
                                          )
13 |     Plaintiff,                        ) STIPULATION AND [PROPOSED] ORDER
                                          ) LIFTING STAY AND REQUEST FOR OR-
14 | v.                                    ) DER SETTING INITIAL CASE MANAGE-
                                          ) MENT CONFERENCE AND ADR DEAD-
15 | CITY & COUNTY OF SAN FRANCISCO, ET AL., ) LINES
                                          )
16 |     Defendants.                       )
     _____)

17     WHEREAS, this case was stayed on May 21, 2008 due to Plaintiff Donald G. Bertone having

18 pending state court criminal proceedings against him; and

19     WHEREAS the state court criminal proceedings have reached final resolution;

20     IT IS HEREBY STIPULATED AND AGREED by and between the parties that said stay should

21 be lifted and this matter be allowed to proceed.

22     ////

23     ////

24     ////

25     ////

26     ////

27     ////

28     ////

Page Number - 1
-------------------------
STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND REQUEST FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

IT IS FURTHER REQUESTED that the Court issue an *Order Setting Initial Case Management Conference and ADR Deadlines.*

Dated: 02/28/11

_____
Marcus Daniel Merchasin
Attorney for Plaintiff

Dated: 2/8/2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ANDREW M. GSCHWIND
Deputy City Attorney

By: _____
Andrew M. Gschwind
Attorneys for Defendant
City and County of San Francisco

## ORDER

FOR GOOD CAUSE APPEARING the stay is hereby lifted and the Court shall issue an *Order Setting Initial Case Management Conference and ADR Deadlines.*

_____
Hon. Maria-Elena James
Chief Magistrate Judge

The c.m.c. shall take place on April 21, 2011 at 10:00 a.m. in Courtroom B. All case management and ADR deadlines shall be adjusted accordingly.

Page Number - 2

STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND REQUEST FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES