DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:      (415) 554-3837
Email: brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD G. BERTONE,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPT., SAN FRANCISCO GENERAL HOSPITAL, SAN FRANCISCO SHERIFF'S DEPT. and DOES 1-100,<br><br>            Defendants. | Case No. C 08-01003 MEJ<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINES IN CASE MANAGEMENT ORDER, ADR DEADLINE |
|---|---|

   **THIS CAUSE** came before the Court on Defendant's Administrative Motion to Continue Deadlines in Case Management Order and ADR Deadline.  The Court, having considered Defendant's motion, relevant authority, and the complete file in this matter, hereby **GRANTS** Defendant's motion.  The April 14, 2011, case management order and the May 31, 2011, order regarding the ADR deadline are modified as follows:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Disclosure of Expert Witnesses | Sept. 23, 2011 | **Jan. 13, 2012** |
| Disclosure of Rebuttal Expert Witnesses | Oct. 3, 2011 | **Feb. 3, 2012** |

| | | |
|---|---|---|
| Deadline to Complete Mediation | Oct. 11, 2011 | **Feb. 3, 2012** |
| Close of Discovery | Oct. 18, 2011 | **Feb. 17, 2012** |
| Dispositive Motions Deadline | Nov. 17, 2011 | **Mar. 1, 2012** |
| Dispositive Motions Hearing | Dec. 22, 2011 10:00 a.m. | **Apr. 5, 2012 10:00 a.m.** |
| Meet and Confer re. Trial Papers | Feb. 22, 2012 | **Jun. 6, 2012** |
| Pre-Trial Disclosures Due | Mar. 8, 2012 | **Jun. 21, 2012** |
| Motions in Limine Due | Mar. 8, 2012 | **Jun. 21, 2012** |
| Oppositions to Motions in Limine Due | Mar. 15, 2012 | **Jun. 28, 2012** |
| Pre-Trial Conference | Mar. 22, 2012 10:00 a.m. | **Jul. 5, 2012, 10:00 a.m.** |
| Trial Briefs Due | Mar. 23, 2012 | **Jul. 6, 2012** |
| Proposed Voir Dire Due | Mar. 23, 2012 | **Jul. 6, 2012** |
| Jury Instructions Due | Mar. 23, 2012 | **Jul. 6, 2012** |
| Final Pre-Trial Conference | Apr. 19, 2012. 10:00 a.m | **Aug. 2, 2012, 10:00 a.m.** |
| Trial | Apr. 23, 2012 | **Aug. 6, 2012** |

IT IS SO ORDERED

_____
HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I, MONICA TREJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 9, 2011, I served the attached:

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINES IN CASE MANAGEMENT ORDER, ADR DEADLINE**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G. Bertone
1115 Post Street, #14
San Francisco, CA  94109

Donald G. Bertone
336 Lathrop Avenue
San Francisco, CA 94134

Plaintiff in pro per

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 9, 2011, at San Francisco, California.

*/s/ Monica Trejo*
MONICA TREJO

[PROPOSED] ORDER ON ADMIN. MOT.; No. 08-CV-01003 MEJ    3    C:\Documents and Settings\brussi\Desktop\Bertone\Bertone v. CCSF Proposed Order on Administrative Motion.DOC