DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
Email: brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD G. BERTONE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPT., SAN FRANCISCO GENERAL HOSPITAL, SAN FRANCISCO SHERIFF'S DEPT. and DOES 1-100,<br><br>          Defendants. | Case No. 08-cv-01003-MEJ<br><br>**DEFENDANT CITY & COUNTY OF SAN FRANCISCO'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Hearing Date:     February 23, 2012<br>Time:             10:00 a.m.<br>Place:            Courtroom B, 15th Floor<br><br>Date Action Filed:   Oct. 27, 2011<br>Trial Date:          Not Set |
|---|---|

Defendant City and County of San Francisco ("the City") submits this response to the Court's February 7, 2012 Order to Show Cause (Dkt. 34) and states as follows:

1. The deposition of Plaintiff Donald Bertone was conducted on February 16, 2012.

2. Because Mr. Bertone appeared for deposition, the show cause hearing scheduled for February 23, 2012 should be vacated.

1  Dated:  February 17, 2012

2
3
4
5
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              BRADLEY A. RUSSI
                              Deputy City Attorney

6
7                             By:*/s/ Bradley A. Russi*
                              BRADLEY A. RUSSI
8                                Attorneys for Defendant
9                                  City & County of San Francisco

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, AMELIA WONG, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On February 17, 2012, I served the attached:

**DEFENDANT CITY & COUNTY OF SAN FRANCISCO'S RESPONSE TO ORDER TO SHOW CAUSE**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G. Bertone
1115 Post Street, #14
San Francisco, CA  94109

Plaintiff in pro per

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 17, 2012, at San Francisco, California.

*/s/ Amelia Wong*
AMELIA WONG

RESPONSE TO OSC;
*Bertone v. CCSF*, Case No. 08-CV-01003 MEJ

3

n:\lit\li2008\080844\00755555.doc