**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

DONALD G. BERTONE,                    No. C 08-1003 MEJ

             Plaintiff,          **ORDER TO SHOW CAUSE**

   v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

             Defendants.
_____/

On March 1, 2012, the Defendant(s) in the above-captioned matter filed a summary judgment motion, with a noticed hearing date of April 5, 2012.  Dkt. No. 38.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the April 5 hearing and ORDERS Plaintiff Donald Bertone to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by April 5, 2012.  If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on April 19, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: March 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

DONALD G BERTONE,

4
        Plaintiff,

Case Number: CV08-01003 MEJ

5
  v.

**CERTIFICATE OF SERVICE**

6
CITY AND COUNTY OF SAN FRANCISCO et al,

7

8
        Defendant.
_____/

9

10
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12
That on March 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15
Donald G. Bertone
1115 Post Street, #14
San Francisco, CA 94109

16

17
Dated: March 21, 2012

18
Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

19

20

21

22

23

24

25

26

27

28