# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DONALD G. BERTONE, | No. C 08-1003 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER SETTING BRIEFING AND HEARING SCHEDULE RE: DKT. #38** |
| Defendants. | |

On March 1, 2012, the Defendants in the above-captioned matter filed a summary judgment motion, with a noticed hearing date of April 5, 2012. Dkt. No. 38. However, Plaintiff Donald Bertone failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court vacated the April 5 hearing and ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received Plaintiff's responsive declaration, the Court DISCHARGES the order to show cause. Plaintiff shall file any opposition to Defendants' motion by April 26, 2012, If Plaintiff files an opposition, Defendants shall file any reply by May 10, and the Court shall conduct a hearing on May 24, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Failure to file an opposition may result in dismissal of this case.

**IT IS SO ORDERED.**

Dated: April 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALD G BERTONE,

   Plaintiff,

 v.

CITY AND COUNTY OF SAN FRANCISCO et al,

   Defendant.

Case Number: CV08-01003 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald G. Bertone
1115 Post Street, #14
San Francisco, CA 94109

Dated: April 10, 2012

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2