DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:      (415) 554-3837
Email: brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. BERTONE,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPT., SAN FRANCISCO GENERAL HOSPITAL, SAN FRANCISCO SHERIFF'S DEPT. and DOES 1-100,<br><br>           Defendants. | Case No. 08-cv-01003-MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT |

**THIS CAUSE** comes before the Court upon Defendant City and County of San Francisco's Administrative Motion Continue Hearing on Motion for Summary Judgment, filed on April 30, 2012. The Court having reviewed Defendant's motion, the complete file in this matter, and being otherwise fully advised in the premises, hereby **GRANTS** the motion.  The May 24, 2012 hearing on Defendant's Motion for Summary Judgment is continued to **May 31, 2012 at 10:00 a.m.** in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

_____
**MARIA ELENA JAMES**
**UNITED STATES MAGISTRATE JUDGE**

# PROOF OF SERVICE

I, MONICA TREJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On April 30, 2012, I served the attached:

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Donald G. Bertone
1115 Post Street, #14
San Francisco, CA  94109

Plaintiff in pro per

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 30, 2012, at San Francisco, California.

*/s/ Monica Trejo*

MONICA TREJO