UNITED STATES DISTRICT COURT

Northern District of California

DONALD G BERTONE,            No. C 08-01003 MEJ

        Plaintiff(s),            **ORDER VACATING HEARING**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).
_____/

      This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary Judgment on May 31, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 31 hearing. The Court shall issue an order forthwith.

      **IT IS SO ORDERED.**

Dated: May 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge